JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MARIE WALKER EARLE, | Case No. 2:19-cv-02903-JFW-(AFMx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and, GROUP BASIC ACCIDENTAL DEATH AND DISMEMBERMENT PLAN FOR EMPLOYEES OF UNIVERSITY OF SOUTHERN CALIFORNIA, and DOES 1 through 10, Inclusive, | Judge: Hon. John F. Walter |
| Defendants. | |

This matter came to Trial before the Court. The issues have been tried and heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

1. Judgment is entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff Elaine Marie Walker Earle, in accordance with the Court's Findings of Fact and Conclusions of Law, dated July 23, 2020 (Doc. No. 72);

2. Plaintiff Elaine Marie Walker Earle's Complaint is hereby dismissed, with respect to all claims for relief, as to all defendants, including Defendants Unum Life Insurance Company of America, and Group Basic Accidental Death and Dismemberment Plan for Employees of University of Southern California, with prejudice;

3. Plaintiff Elaine Marie Walker Earle shall take nothing by her Complaint;

4. Unum Life Insurance Company of America may seek to recover from Plaintiff Elaine Marie Walker Earle costs of suit pursuant to 28 U.S.C. § 1920 and Local Rules 54-2 and 54-3, in a sum to be submitted with a Bill of Costs to be approved by this Court; and

5. As Unum Life Insurance Company of America is the prevailing party in this litigation, it may apply to the Court for an award of attorneys' fees.

Dated: July 30, 2020

*[signature]*

Hon. John F. Walter
United States District Court Judge

174487.1